UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADRIAN BRADSHAW,

Defendant.

No. 22-CR-217 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

    At the Conference held before the Court on September 12, 2022, the Court adopted the following briefing schedule:

    Defense motions will be due no later than October 3, 2022. The Government's response will be due no later than October 24, 2022, and Defendant's reply will be due no later than October 31, 2022.

    The Parties are reminded that there is a strict page limit of 25 pages.

SO ORDERED.

DATED:    September 12, 2022
               White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE