

FASULO BRAVERMAN & DI MAGGIO, LLP

## ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

MEMO ENDORSED

www.FBDMLaw.com

October 3, 2022

Hon. Kenneth M. Karas
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

*Re:* *United States v. Adrian Bradshaw*
*Case No.: 22 Cr. 217*

Dear Judge Karas,

Our office was appointed, pursuant to the Criminal Justice Act, to represent Adrian Bradshaw in the above referenced case.

As per the courts motion scheduling Order, Mr. Bradshaw's motions are due today, October 3, 2022. Our office is respectfully requesting an extension until October 7, 2022 to file our motions. We have reached out to the Government who consented to this request, as long as they have a 1-week extension to file their reply.

Thank you for your attention in this matter.

Granted. Time is excluded until 10/7/22, in the interests of justice, to allow Mr. Braverman the time he needs to file pre-trial motions. The interests of justice from this exclusion outweigh the public's and Mr. Bradshaw's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
10/3/22

Respectfully submitted,

/s/

Samuel Braverman, Partner
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc: AUSA

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Rd, Ste 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724