

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 26, 2022

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:** *United States v. Adrian Bradshaw*, **22 Cr. 217 (KMK)**

Dear Judge Karas:

    The Government respectfully writes to request an extension of the deadline to file its response in opposition to the defendant's motion to suppress, from October 28, 2022, to November 1, 2022. Defense counsel consents to this request.

    On October 3, 2022, the Court granted the defendant's request for a one-week extension of the deadline to file motions until October 7, 2022. (Dkt. No. 14.) For reasons conveyed to the Court, defense counsel was unable to file his motion and supporting materials until October 10, 2022, (Dkt. No. 15-16), and consented to an extension of the Government's response deadline. Accordingly, the Government requests that the deadline to file its response be extended to November 1, 2022.

Granted.
So Ordered.
10/26/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Qais Ghafary
      Qais Ghafary
      Assistant United States Attorney
      Tel: (914) 993-1930

Cc: Samuel Braverman, Esq. (via ECF)