UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

United States of America,                             Case No. 22-cr-00217-KMK

-v-

                                               CALENDAR NOTICE

Adrian Bradshaw,

                Defendant.
-------------------------------------------------X

Please take notice that the above captioned action has been scheduled for oral argument on Defendant's Motion to Suppress before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, December 14, 2022 at 2:00 p.m. in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Dated: November 30, 2022
       White Plains, New York

                                                       So Ordered

                                                       Kenneth M. Karas, U.S.D.J