UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ADRIAN BRADSHAW,<br><br>                Defendant. | No. 22-CR-217 (KMK)<br><br>MOTION SCHEDULING ORDER |

KENNETH M. KARAS, District Judge:

       In anticipation of the upcoming oral argument on Defendant's Motion to Suppress Physical Evidence and Statements on December 14, 2022, the Court requests that both parties be prepared to discuss Defendant's standing to challenge evidence collected from an automobile that was not owned by Defendant.

SO ORDERED.

DATED:    December 12, 2022
                White Plains, New York

                                                KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE