UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

ADRIAN BRADSHAW,

              Defendant.

No. 22-CR-217 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

     At the Conference held before the Court on December 14, 2022, the Court adopted the following briefing schedule:

     Defense will file supplemental briefing by no later than January 13, 2023.  The Government's response will be due no later than January 27, 2023.

     The Parties are reminded that there is a strict page limit of 25 pages.

SO ORDERED.

DATED:    December 14, 2022
              White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE