# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Samuel M. Braverman, Esq.
sbraverman@andersonkill.com
212-278-1008

May 12, 2023

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.,
Federal Building and United States Courthouse
300 Quarropas St.,
White Plains, NY 10601-4150

Re: United States v. Adrian Bradshaw
Client Matter No: Case No. 22 Cr. 217

Dear Judge Karas:

I was assigned pursuant to the Criminal Justice Act to represent Adrian Bradshaw, in the above referenced matter. I respectfully request authorization to appoint associate Sean D. McCabe to assist me in this case. If appointed, Mr. McCabe would assist me in trial preparation, discovery review and second seat me at trial.

I am requesting up to 60 hours of Associate work at a compensation rate of $120 per hour, as per the presumptive hourly rate listed in the CJA Policy and Procedure Manual for associates that are full time employees of the firm.

Thank you for your consideration in this matter.

Granted.

So Ordered.
5/13/23

Respectfully yours,

Samuel M. Braverman

SMB