# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

MEMO ENDO...

Samuel M. Braverman, Esq.
sbraverman@andersonkill.com
212-278-1008

May 12, 2023

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.,
Federal Building and United States Courthouse
300 Quarropas St.,
White Plains, NY 10601-4150

    Re:    United States v. Adrian Bradshaw
             Client Matter No: Case No. 22 Cr. 217

Dear Judge Karas:

    I was assigned pursuant to the Criminal Justice Act to represent Adrian Bradshaw in the above referenced matter. On October 17, 2022, I filed a motion to inspect alleged drugs recovered in this case. See. ECF 17. As of writing, the Government has not yet filed a response to that motion.

    I respectfully request a ruling on that motion.

Because the Government has not responded to the motion to inspect the drugs recovered in this case, and because there is no apparent reason to deny it, the motion is granted.

So Ordered.
SMB   5/13/23

Respectfully yours,

Samuel M. Braverman

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Washington, DC ■ Stamford, CT ■ Los Angeles, CA ■ Denver, CO ■ Boston, MA