# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Samuel M. Braverman, Esq.
sbraverman@andersonkill.com
212-278-1008

May 12, 2023

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.,
Federal Building and United States Courthouse
300 Quarropas St.,
White Plains, NY 10601-4150

Re: United States v. Adrian Bradshaw
Client Matter No: Case No. 22 Cr. 217

Dear Judge Karas:

I was assigned pursuant to the Criminal Justice Act to represent Adrian Bradshaw in the above referenced matter. I respectfully request authorization to hire a private investigator to assist me in my preparation for trial.

I am requesting up to 30 hours of Private Investigator work at the approved rate of compensation listed in the CJA Policy and Procedure Manual.

Thank you for your consideration in this matter.

Respectfully yours,

Samuel M. Braverman

Granted.

So Ordered.

SMB  5/13/23

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Washington, DC ■ Stamford, CT ■ Los Angeles, CA ■ Denver, CO ■ Boston, MA