# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Samuel M. Braverman, Esq.
SBraverman@AndersonKill.com
Tel. 212-278-1008

June 23, 2023

Re: United States v. Adrian Bradshaw
Dkt. 22 Cr 217

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Dear Judge Karas:

I am counsel for Defendant in the above referred to matter, appointed under the Criminal Justice Act. As the Court is aware, last week we concluded trial in the above matter. The sentencing in this case will likely be several months away, as the parties will first litigate the post-trial motions under Rule 29/33. I therefore respectfully request that I be allowed to file an interim bill for the work done up to this point.

If the Court has any questions, please do not hesitate to contact me.

Very truly yours,

*Sam Braverman*

Samuel M. Braverman
National Co-Chair
Government Enforcement,
Internal Investigations, and
White-Collar Defense Group

SO ORDERED

KENNETH M. KARAS U.S.D.J.

6/23/2023

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Washington, DC ■ Stamford, CT ■ Los Angeles, CA ■ Denver, CO ■ Boston, MA