UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ADRIAN BRADSHAW,<br><br>Defendant. | No. 22-CR-217 (KMK)<br><br>SCHEDULING ORDER |

KENNETH M. KARAS, United States District Judge:

At the trial completed on June 15, 2023, the Court deemed all post-trial motions to have been made on June 15, 2023.

Defendant shall file his respective briefs in support of his motions by no later than August 15, 2023. The Government shall file its responses by no later than September 12, 2023. Defendant shall file his replies by no later than September 26, 2023. The Court shall schedule oral argument on all motions at a later date.

SO ORDERED.

DATED:   July 7, 2023
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE