UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,                           Case No. 22-cr-00217-KMK

-v-

                                                                      ORDER SCHEDULING
Adrian Bradshaw,                                         ORAL ARGUMENT

                    Defendant.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

      IT IS HEREBY ORDERED that the above-named defendant appear with counsel on Thursday, October 5, 2023 at 10:00 a.m. in the United States District Court for the Southern District of New York, Courtroom (to be determined) for oral argument on Defendant's post-trial motions.

      Any scheduling difficulties must be brought to the attention of the Court in writing, at least seven business days beforehand.

Dated: July 18, 2023
       White Plains, New York

                                                              Kenneth M. Karas, U.S.D.J