# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.AndersonKill.com

MEMO ENDORSED

Samuel M. Braverman, Esq.
SBraverman@AndersonKill.com
Tel. 212-278-1008

September 26, 2023

Re: *United States v. Adrian Bradshaw*
Dkt.: 22 Cr 217 (KMK)

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Dear Judge Karas:

I am counsel for Defendant Bradshaw in the above referred to matter. Today is the date set by the Court for the filing of the reply brief in support of Defendant's Motion for a Judgment of Acquittal/New Trial. The Government filed their answer to Defendant's brief on the date set by the Court on Friday, September 22, 2023 (defendant's moving papers were filed on August 18, 2023). Respectfully, I seek an extension to file my reply brief until Thursday, September 28 as my brief is not yet completed and I am preparing to travel to a conference in Philadelphia tomorrow morning and will return on Thursday.

I have spoken with my colleague from across the aisle, Qais Gafhary, and the Government has no objection to my request.

Granted.

Safe travels.

So Ordered.

9/26/23

Respectfully submitted,

*Sam Braverman*

Samuel M. Braverman
National Co-Chair
Government Enforcement,
Internal Investigations, and
White-Collar Defense Group

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Washington, DC ■ Stamford, CT ■ Los Angeles, CA ■ Denver, CO ■ Boston, MA