UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>ADRIAN BRADSHAW,<br><br>                     Defendant. | No. 22-CR-217 (KMK)<br><br>ORDER |

For the reasons stated on the record during the Court's October 5, 2023, hearing, Defendant's Rule 29 Motion for Judgment of Acquittal and his Rule 33 Motion for a New Trial, (Dkt. No. 74), are denied.

SO ORDERED.

Dated: October 5, 2023
       White Plains, New York

                                                    KENNETH M. KARAS
                                                    United States District Judge