# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Samuel M. Braverman, Esq.
sbraverman@andersonkill.com
212-278-1008

July 11, 2024

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

        Re:    Adrian Bradshaw
                Dkt No.: 7:22-CR-00217-1-KMK

Dear Judge Karas:

      I am counsel for Defendant Adrian Bradshaw in the above matter, assigned to this matter pursuant to the Criminal Justice Act.

      I write to the Court requesting that Seán McCabe, an associate in my firm Anderson Kill, be authorized to work on this matter, at the $120/hour rate, *nunc pro tunc*, to the date of my assignment.

      I have reviewed the work that was done in this case. It was necessary to the zealous representation of the client for Mr. McCabe to do the work he did. The total number of hours that I am seeking approval for is 339.6. Previously, this Court approved 60 hours.

      If you have any questions, please do not hesitate to contact me. I thank the Court for its consideration.

Granted.

So Ordered
7/11/24

Respectfully submitted,

Sam Braverman

Samuel M. Braverman

SMB:pjc